

FILED

MAR - 2 2006

[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TONY KENYON; ERIC JAMES QUEEN;
TONY R. HARRISON; RICKY L. BYRD;
ALAN W. WALTHER; MICHAEL R.
DeBOER; STEVE BRANDNER;
DEREK KOKESH; TERRY O'NEAL;
BRIAN WERNER; JOSHUA REDD;
KYLE VAN ZEE; JAMES WHITTEMORE;
KENNY BEUS; TONY D. SCHULTZ;
MICHAEL DEAN SMITH; THOMAS
DALTON; VICTOR H. PINEDA CORNEJO;
ROBBIE HENNIS; ROBERT KLEEN;
DONROY GRASS; ALAN L. RED WILLOW;
BRUCE KUPSEN; KELLY CRAYOE;
MELVIN TURNER; STEVEN HURLEY;
WILLIAM LEITH; KENNETH MANNING;
DAVID WREN; DENNY RODRIGUEZ;
ELI WHITE; DEVIN TARRANT;
MICHAEL BUTNER; LESLIE PAUL RABA;
RYAN WOLF; JACK NORTH;
MICHAEL HORST; GLEN MEYER;
SAMSON GRANNEMAN; PAUL WOOD;
DAVID THEEL; RANDY L. ANDERSON;
JOHN PERKINS; GERALD YOUNG;
ROBERT RYE; ANDREW BULLER;
WILL BAKER; CHRIS SNOW;
SHELDON LITTLE EAGLE; JR ZULKER;
ZACHARY T. ARVIN;  and
LAVAUGHN FOSTER;

      Plaintiffs,

  vs.

WARDEN DOOLEY,

      Defendant.

CIV. 05-4150

ORDER OF DISMISSAL
PURSUANT TO FRCP 41(a)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiffs Steven Hurley, Michael Dean Smith, Ryan Wolf, Eli White, Robbie Hennis, William Leith, and Derek Kokesh have moved to voluntarily withdraw from this action.

Therefore, pursuant to Fed.R.Civ.P. 41(a), it is

ORDERED that said Plaintiffs' motions are granted and they are dismissed without prejudice. No filing fee shall be assessed as to Plaintiffs Steven Hurley, Michael Dean Smith, Ryan Wolf, Eli White, Robbie Hennis, William Leith, and Derek Kokesh. The caption shall be amended to reflect the dismissal of these Plaintiffs.

Dated this 2nd day of March, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, CLERK

By: _Sharon Soulks_____, Deputy